Robert D. Phillips, Jr. (SBN 82639)
rphillips@reedsmith.com
Linda B. Oliver (SBN 166720)
loliver@reedsmith.com
Eugenia S. Chern (SBN 215092)
echern@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:    510.273.8832

Attorneys for Plaintiff and Counterdefendant
Fidelity and Guaranty Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, a Maryland Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER L. CASTRO, an individual,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | No. C06-01685 JW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Honorable James Ware |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that the Court may make and enter its order dismissing the above-captioned action with prejudice in its entirety, each party to bear their own costs and fees.

DATED: August 3, 2006.

REED SMITH LLP

By____//s// Linda B. Oliver_____
   Linda B. Oliver
   Attorneys for Plaintiff and Counterdefendant
   Fidelity and Guaranty Life Insurance Company

DATED: August 2, 2006.

NEEDHAM, DAVIS, KEPNER & YOUNG, LLP

By____//s// Kirsten M. Fish_____
   Kirsten M. Fish
   Attorneys for Defendant and Counterclaimant
   Jennifer L. Castro

**IT IS SO ORDERED:**

DATED: August 7, 2006.

_____
James Ware
United States District Court Judge

DOCSOAK-9840538.1-LOLIVER